UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

D-1 Jarratt White
D-2 Robert Jack
D-3 Fendley Joseph

    Defendants.

Criminal No. 19-mj-30227

---

## MOTION AND ORDER TO UNSEAL THE COMPLAINT
## AND ARREST WARRANT

---

The United States of America requests the court to unseal the complaint, warrant of arrest, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

Respectfully submitted,

Matthew Schneider
United States Attorney

*s/ Timothy J. Wyse*___
Timothy J. Wyse
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Timothy.Wyse@usdoj.gov
313-226-9144

**IT IS SO ORDERED.**

<u>**s/ Mona K. Majzoub**</u>
Mona K. Majzoub
United States Magistrate Judge

Entered: May 9, 2019