UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

                                  Criminal No. 19-mj-30227

v.

Fendley Joseph,

      Defendant.

---

**STIPULATION FOR ADJOURNMENT OF PRELIMINARY HEARING
AND FOR EXTENSION OF TIME IN WHICH TO INDICT**

---

The United States of America and defendant, Fendley Joseph, hereby stipulate and agree to the following:

1.    On May 16, 2019, he made his initial appearance on the Complaint.

2.    The parties are engaged in pre-indictment plea negotiations and the parties desire to continue plea negotiations through at least January 31, 2020. The parties agree that this constitutes good cause for an adjournment of the preliminary hearing, taking into account the public interest in the prompt disposition of criminal cases. *See* Fed. R. Crim. P. 5.1(d)

WHEREFORE, the parties request this Court to (1) adjourn the preliminary hearing from November 8, 2019 through January 31, 2020, and (2) make findings concerning excludable delay in accordance with this stipulation.

MATTHEW SCHNEIDER
Acting United States Attorney


*/s/ Timothy Wyse*
Timothy Wyse
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Timothy.Wyse@usdoj.gov
(313) 226-9144

*s/ Mark A. Gatesman with consent*
Mark A. Gatesman with consent
Attorney for Defendant
1360 W Grand River Ave,
Howell, MI  48843-1915
mgatesman@comcast.net
(517) 546-4700


Dated:  November 4, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

                                            Criminal No. 19-mj-30227

v.

Fendley Joseph,

      Defendant.

---

**ORDER ADJOURNING PRELIMINARY HEARING AND EXTENDING TIME IN WHICH TO INDICT**

---

This matter coming before the Court on the stipulation of the government and defendant Fendley Joseph, for the reasons stated in the stipulation, the Court

(1) finds that the parties have been engaged in and will continue to be engaged in pre-indictment plea negotiations from November 8, 2019 through January 31, 2020;

(2) finds that this constitutes good cause for the adjournment of the preliminary hearing, taking into account the public interest in the prompt disposition of criminal cases, see Fed. R. Crim. P. 5.1(d);

(3) adjourns the preliminary hearing in this case from November 8, 2019 through January 31, 2020;

(4) And that the period from November 8, 2019 through January 31, 2020,

should be excluded in calculating the time within which an indictment or

information must be filed under the Speedy Trial Act, 18 U.S.C. § 3161(b).


s/Elizabeth A. Stafford
Elizabeth A. Stafford
Date:   November 4, 2019              United States Magistrate Judge