UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 19-mj-30227

v.

D-1 JARRETT WHITE,
D-2 ROBERT JACK,
D-3 FENDLEY JOSEPH

    Defendants.

## MOTION AND BRIEF FOR LEAVE TO
## DISMISS COMPLAINT WITHOUT PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America hereby moves for leave to dismiss without prejudice the complaint against *Defendants* D-1 JARRETT WHITE, D-2 ROBERT JACK, and D-3 FENDLEY JOSEPH.

On January 31, 2020, each of the defendants appeared in Court and entered into a pretrial diversion agreement with the government. Pursuant to its agreements with the defendants, the United States is requesting that charges against them be dismissed and will not reinstate charges so long as defendants successfully complete their diversionary programs.

Accordingly, the government requests leave to dismiss the complaint without prejudice.

                                        Respectfully submitted,

                                        MATTHEW SCHNEIDER
United States Attorney

*s/Timothy Wyse*
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Timothy.wyse@usdoj.gov
(313) 226-9144

Dated:     February 3, 2020

# **CERTIFICATE OF SERVICE**

I hereby certify that on Monday, February 03, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Attorney Mark A. Gatesman, *counsel for Defendant Fendley Joseph*
Attorney Benton Martin, Esq., *counsel for Defendant Jarratt White*
Attorney S. Allen Early, Esq., *counsel for Defendant Robert Jack*

*s/Timothy Wyse*
Timothy Wyse
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Timothy.wyse@usdoj.gov
(313) 226-9144